UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLENDID BY PORVENIR, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>MONTECITO FRESH PRODUCES, INC., et al.,<br><br>       Defendants. | Case No. 20-cv-03965-VC<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Re: Dkt. No. 46 |

The motion for attorneys' fees is granted. First, Montecito Fresh has not opposed the motion. Second, in an abundance of caution, the Court has independently reviewed the fee request, and nothing appears unreasonable. Accordingly, Montecito Fresh is ordered to pay $40,626.50 in fees along with $2,630.70 in costs. The hearing on the motion, set for June 3, 2021, is vacated.

**IT IS SO ORDERED.**

Dated: June 2, 2021

VINCE CHHABRIA
United States District Judge